AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

UNITED STATES OF AMERICA

V.

TOM J. BOMBERGER, JR

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:07cv32 - MHT

TO: (Name and address of Defendant)

Tom J. Bomberger, Jr.
819 Cheyenne Avenue
Auburn, AL 36830-3223

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

R. Randolph Neeley
Assistant United States Attorney
P.O. Box 197
Montgomery, AL 36101-0197

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debbie P. Hackett
CLERK

(BY) DEPUTY CLERK

DATE January 10, 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL | 0.00 |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
            Date                      *Signature of Server*

            _____
            *Address of Server*

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:
Tom J. Bomberger, Jr.

Postage  $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $

3:07cv32mht

Postmark Here

1/10/07

Name (Please Print Clearly) (to be completed by mailer)
Tom J. Bomberger, Jr.
Street, Apt. No.; or PO Box No.
819 Cheyenne Avenue
City, State, ZIP+4
Auburn, AL  36830-3223

PS Form 3800, July 1999                    See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure