USA

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tom J. Bomberger, Jr.
819 Cheyenne Avenue
Auburn, AL   36830-3223

3:07cv32 (Cmp/sms 20 dys)

2. Article Number (Copy from service label)
7099 3400 0009 2321 0074

PS Form 3811, July 1999        Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  Tom Bomberger
B. Date of Delivery  1/11/07
C. Signature
X _____
☐ Agent
☐ Addressee
D. Is delivery address different from item 1?  ☐ Yes
    If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☒ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes