IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 3:07-CV-32-MHT-SRW |
| | ) |
| TOM J. BOMBERGER, JR., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**APPLICATION TO CLERK FOR ENTRY OF DEFAULT**

The Clerk for the above-entitled Court will enter default against the Defendant in the above cause for failure to plead, answer or otherwise defend in said cause as required by law.

LEURA G. CANARY
United States Attorney

BY: /s/ R. Randolph Neeley
R. RANDOLPH NEELEY
Assistant United States Attorney
BAR NO. 9083-E56R

P. O. Box 197
Montgomery, AL 36101
Office: (334) 223-7280
Fax: (334) 223-7201

Default entered

_Debra P. Hackett_
BY: _Feb. 7, 2007_
Clerk/~~Chief Deputy~~