AO 133 (Rev. 9/89) Bill of Costs

# United States District Court

MIDDLE DISTRICT OF ALABAMA

| UNITED STATES OF AMERICA | BILL OF COSTS |
|---|---|
| V. | Case Number: 3:07CV32-MHT-SRW |
| TOM J. BOMBERGER, JR. | |

Judgment having been entered in the above entitled action on  2/7/2007  against Tom Bomberger, Jr.,
                                                                Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 350.00 |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | 20.00 |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| TOTAL $ | 370.00 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

Tom Bomberger, Jr., 819 Cheyenne Ave., Auburn, Alabama   36830-3223.

Signature of Attorney:  /s/ R. Randolph Neeley

Name of Attorney:  R. Randolph Neeley

For: United States Attorney                                                                                   Date: 3/12/2007
         Name of Claiming Party

Costs are taxed in the amount of  $370.00   and included in the judgement.

Debra P. Hackett                By: [signature]                                              March 13, 2007
Clerk of Court                         Deputy Clerk                                                Date

This form was electronically produced by Elite Federal Forms, Inc.