IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07-cv-32-MHT |
| | ) |
| TOM J. BOMBERGER, JR. | ) |
| | ) |
| Defendant | ) |

### ORDER FOR APPEARANCE OF JUDGMENT DEBTOR

Plaintiff, United States of America, having moved the Court for an Order requiring the Defendant, TOM J. BOMBERGER, JR., to appear and testify at a Judgment Debtor Examination, and the Court being sufficiently advised, it is **ORDERED** that the *Motion for Order Requiring Examination of Judgment Debtor* (Doc. 10, filed March 5, 2008) is **GRANTED**.

It is **ORDERED** that Defendant, TOM J. BOMBERGER, JR., appear on **April 16, 2008 at 10:00 a.m.**, Courtroom 4A, United States Federal Courthouse, One Church Street, Montgomery, Alabama 36104, to answer questions concerning Defendant's real and personal property.

It is further **ORDERED** that Defendant bring the following documents:

1. Copies of personal and business income tax returns for the years 2005, 2006, and 2007.

2. Copies of all personal and business bank statements for the years 2005, 2006, and

2007.

    3.  Record of any safety deposit box in your name or that of your spouse.

    4.  Copy of title or deed of personal residence if owned by you or any member of your family.  If not, a copy of proof of ownership by unrelated party.

    5.  Copy of title or license of automobiles, airplanes, motorcycles and boats owned or driven by you or your spouse.

    DEFENDANT, TOM J. BOMBERGER, JR., IS HEREBY ADVISED THAT FAILURE TO APPEAR AT THE TIME AND LOCATION SET FORTH ABOVE MAY RESULT IN A BENCH WARRANT BEING ISSUED FOR DEFENDANT'S ARREST.  A COPY OF THIS ORDER, TOGETHER WITH COPIES OF PLAINTIFF'S MOTION AND AFFIDAVIT, SHALL BE SERVED UPON DEFENDANT FORTHWITH.

    DONE this 6th of March, 2008.

                                        /s/Terry F. Moorer
                                        TERRY F. MOORER
                                        UNITED STATES MAGISTRATE JUDGE