AO 133 (Rev. 9/89) Bill of Costs

# United States District Court

MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

V.

TOM BOMBERGER, JR.

**BILL OF COSTS**

Case Number: 3:07CV32

Judgment having been entered in the above entitled action on  2/7/2007  against  Tom Bomberger, Jr. ,
<br>Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | 110.96 |
| **TOTAL $** | **110.96** |

See Document 12 (Acknowledgement of Service)

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

c/o Marrell McNeal, Attorney at Law, P.O. Box 1423, Auburn, AL  36831-1423.

Signature of Attorney: /s/ R. Randolph Neeley

Name of Attorney: R. Randolph Neeley

For: United States Attorney
<br>Name of Claiming Party

Date: 5/20/2008

Costs are taxed in the amount of  $110.96  and included in the judgement.

*Debra P. Hackett*
<br>Clerk of Court

By: [signature]
<br>Deputy Clerk

5/21/08
<br>Date

This form was electronically produced by Elite Federal Forms, Inc.